

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 02 C 1802 | **DATE** | 6/19/2003 |
| **CASE TITLE** | New Process Steel, LP vs. PH Group, Inc. et al. | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

Memorandum Opinion and Order

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
☐ FRCP4(m)  ☐ Local Rule 41.1  ☐ FRCP41(a)(1)  ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] Plaintiff's motion to compel and motion for imposition of sanctions under Rule 37(d) is denied. Status hearing set for July 23, 2003 at 9:15am. to stand.

(11) ■ [For further detail see order attached to the original minute order.]

| | No notices required, advised in open court. | | | |
|---|---|---|---|---|
| | No notices required. | | number of notices | **Document Number** |
| | Notices mailed by judge's staff. | | JUN 2 3 2003 | |
| | Notified counsel by telephone. | | date docketed | |
| ✓ | Docketing to mail notices. | | | 62 |
| | Mail AO 450 form. | U.S. DISTRICT COURT CLERK | docketing deputy initials | |
| | Copy to judge/magistrate judge. | | | |
| WAH | courtroom deputy's initials | 03 JUN 20 AM 9:57 | date mailed notice | |
| | | Date/time received in central Clerk's Office | mailing deputy initials | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

NEW PROCESS STEEL, L.P., )
 )
 Plaintiff, )
 )
vs. ) No. 02 C 1802
 )
PH GROUP, INC. and ST. LAWRENCE )
HYDRAULICS, INC., f/k/a ST. LAWRENCE )
PRESS COMPANY, INC., )
 )
 Defendants. )

## MEMORANDUM OPINION AND ORDER

Plaintiff made arrangements with the PH Group, Inc. attorneys (PH) to take the depositions of five PH employees in Columbus, Ohio, and a former employee in Detroit Michigan. Shortly before the scheduled depositions PH indicated it would not make its employees available and would not attend the deposition in Detroit. Plaintiff had subpoenaed the Detroit deponent, but, as it turned out, weather conditions prevented that one from going ahead in any event. Plaintiff's attorneys did not actually go to Ohio, given the information that the witnesses would not be available, but appeared by telephone. It now seeks a default judgment or a monetary sanction. That motion is denied.

PH's conduct, which it now apparently has thought better of, was unfortunate. If plaintiff's counsel had gone to Detroit he could have taken the deposition whether or not PH showed up. Notice to PH was sufficient to invoke an obligation on PH's part to produce the witnesses if they were managing agents of PH, but regular employees must be subpoenaed to ensure their appearance, Wright, Miller & Marcus, Federal Practice and Procedure: Civil 2d

2103. We are given no reason to believe the employees were managing agents. While PH should have followed through, the witnesses were not obligated to appear absent a subpoena.

Apparently, discovery is now back on track. And it should be. We trust that the parties will cooperate in scheduling discovery, as that reduces the expense for all concerned.

_James B. Moran_
JAMES B. MORAN
Senior Judge, U. S. District Court

June 19, 2003.